UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE KIM

**10CR 0874**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violation: Title 26, United States Code, Section 7203 |
| | ) | |
| ROMEL ESMAIL | ) | |

FILED

OCT 1 2010
Oct 14, 2010
MICHAEL ...
CLERK, U.S. ...

### COUNT ONE

THE SPECIAL AUGUST 2009-2 GRAND JURY charges:

During the calendar year 2003, in the Northern District of Illinois,

ROMEL ESMAIL,

defendant herein, who was a resident of the Northern District of Illinois, had and received gross income of approximately $2,552,521 in the form of wages, interest, dividends, and other income; by reason of such gross income he was required by law, following the close of the calendar year 2003 and on or before October 15, 2004, to make an income tax return to the Director of the Internal Revenue Service Center, Midwest Region, Kansas City, Missouri, or to the District Director of the Internal Revenue Service for the Internal Revenue District of Chicago, at Chicago, in the Northern District of Illinois, or to any other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; well knowing all the foregoing facts, he

willfully did fail to make an income tax return to said Director of the Internal Revenue Service Center, to said District Director of the Internal Revenue Service, or to any other proper officer of the United States;

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY