Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE KIM |
|---|---|---|---|
| CASE NUMBER | 04 GJ 851 | DATE | 14 OCTOBER 2010 |
| CASE TITLE | U.S. v. ROMEL ESMAIL | | 10CR 0874 |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL AUGUST 2009-2  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  Jeffrey T. Gilbert

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS A FUGITIVE.

**RECEIVED**

OCT 14 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
or MAGISTRATE JUDGE                     UNDER SEAL)

Courtroom Deputy Initials: